GREEN ET AL. *v.* VIRGINIA.

No. 761. Decided June 22, 1964.

*Jack Greenberg, James M. Nabrit III* and *Roland D. Ealey* for petitioners.

*Reno S. Harp III,* Assistant Attorney General of Virginia, for respondent.

PER CURIAM.

The petition for writ of certiorari is granted, the judgments are vacated and the case remanded to the Supreme Court of Appeals of Virginia for consideration in light of *Peterson* v. *City of Greenville,* 373 U. S. 244, and *Robinson* v. *Florida, ante,* p. 153.

MR. JUSTICE DOUGLAS would reverse outright on the basis of the views expressed in his opinion in *Bell* v. *Maryland, ante,* p. 242.